FILED

John Doe
PO BOX 151133
Los Angeles, CA 90015
Plaintiff In Pro Per

2026 MAY -1 PM 3: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN DOE,

          Plaintiff,

   vs.

The Regents of the University of California

          Defendant(s)

Case No.: 2:26cv04743-MWC-PD

PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

Per Local Rule 7-11, Plaintiff, proceeding *pro se*, respectfully moves this Court for leave to proceed in this action under a pseudonym, "John Doe". Per Local Rule 10-1, Plaintiff's identity has been provided the Court in PLAINTIFF'S NOTICE OF IDENTITY AND RESIDENTIAL ADDRESS (FILED UNDER SEAL). In support of this Motion, Plaintiff states as follows:

**I. INTRODUCTION** Plaintiff has filed a Complaint against University of California alleging discrimination in the admissions process. Because the litigation involves highly sensitive personal information regarding Plaintiff's ancestry, educational records, and

PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM - 1

potential for future personal harm, Plaintiff seeks to proceed pseudonymously to protect their privacy.

**II. LEGAL STANDARD** Under the First Circuit's decision in *Doe v. Massachusetts Institute of Technology*, 46 F.4th 61 (1st Cir. 2022), a party may proceed by pseudonym in "exceptional cases" where the need for anonymity outweighs the public's interest in transparency. The Court identifies four paradigms where anonymity is warranted, including cases involving "unusually severe harm (either physical or psychological)" and "matters of a highly sensitive and personal nature." *Id.* at 71.

**III. ARGUMENT** Plaintiff meets the "exceptional circumstances" standard for the following reasons:

1. **Sensitivity of Heritage:** This case involves detailed inquiries into Plaintiff's ethnic heritage, a matter of deep personal and cultural significance.

2. **Educational Privacy:** The facts of the case rely on Plaintiff's confidential academic records, which are protected under federal law (FERPA).

3. **Risk of Future Professional Harm:** Public identification in a high-profile discrimination suit against a major institution like University of California carries a significant risk of "blacklisting" from potential future employers and professional collaborators.

4. **Risk of Future Financial Harm:** The Complaint alleges University of California's admissions practices unfairly favor Jews. Critics of Jews' unfair treatment of non-Jews have reportedly faced financial harm such as "debanking".

5. **Risk of Future Physical Harm or Death:** Jews commonly harm or murder their opposers and the families of the opposers. For instance, President Jack Kennedy was likely murdered by apparent Israeli Mossad agent Jacob Rubinstein ("Jack Ruby") and other Jews to thwart Kennedy's efforts to obstruct Israel from acquiring nuclear weapons. (Indeed, all other explanations for Kennedy's murder are unconvincing or downright schizophrenic.) Several of Kennedy's family members died or narrowly escaped death under suspicious circumstances.

6. **No Prejudice to Defendant:** Plaintiff is willing to provide their true name to the Court and Defense Counsel under seal to ensure the case can be litigated fairly.

**IV. CONCLUSION** For the reasons stated above, Plaintiff respectfully requests that the Court grant this Motion and allow Plaintiff to proceed as "John Doe".

Dated this 1st day of May, 2026

John Doe

John Doe
Plaintiff in Pro Per