FILED
CLERK, U.S. DISTRICT COURT
AUGUST 3, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ch DEPUTY

John Doe
PO Box 151133
Los Angeles, CA 90015
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Defendant. | Case No.: 2:26-cv-04743-MWC-PD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)] |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Doe hereby voluntarily dismisses this action without prejudice. Defendant The Regents of the University of California has not yet served an answer or a motion for summary judgment in this action. Accordingly, Plaintiff is entitled to dismiss this action as a matter of right, without a court order, pursuant to Rule 41(a)(1)(A)(i).

This dismissal is without prejudice to Plaintiff's right to refile this action. Plaintiff expressly reserves all claims asserted herein.

Dated: July 29, 2026

John Doe

John Doe
Plaintiff in Pro Per

John Doe
PO Box 151133
Los Angeles, CA
90015

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 3 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

PD

Retail

UNITED STATES POSTAL SERVICE

U.S. POSTAGE PAID
USPS Ground Advtg
LOS ANGELES, CA 90015
JUL 30, 2026

90012

RDC 01 0 Lb 0.10 Oz

$7.08

S2322W501040-1

Clerk of C[illegible]
Edward R. Roybal Building and US. Court
255 East Temple Street, Suite TS-134
Angeles, CA 90012

USPS TRACKING® #

9500 1145 2348 6211 9882 72

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

© USPS 2022